# UNITED STATES DISTRICT COURT
### Southern District of Indiana

| | |
|---|---|
| CHAD HOHENBERRY </br>        Plaintiff(s), </br> vs. </br> APRIA HEALTHCARE LLC </br>        Defendant(s) | ) </br> ) </br> ) </br> ) CASE NO. 1:23−cv−01074−JRS−MJD </br> ) </br> ) </br> ) |

## ORDER REASSIGNING RELATED CASE

      Pursuant to Local Rule 40−1(e) of the Southern District of Indiana, the clerk is directed to reassign this case to Judge James P. Hanlon and Magistrate Judge Kellie M. Barr for all further proceedings.

DATE: <u>June 29, 2023</u>             s/ Judge James R. Sweeney II
                                                         United States District Court
                                                         Southern District of Indiana