UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LISA SMITH on behalf of herself and all others similarly situated, ELISA STROFFOLINO on behalf of herself and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:23-cv-01003-JPH-KMB |
| APRIA HEALTHCARE LLC, | ) ) ) | |
| Defendant. | ) | |
| RITA MAY, et al., | ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 1:23-cv-01072-JPH-KMB |
| APRIA HEALTHCARE LLC, | ) ) ) | |
| Defendant. | ) | |
| CHAD HOHENBERRY, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:23-cv-01074-JPH-KMB |
| APRIA HEALTHCARE LLC, | ) ) ) | |
| Defendant. | ) | |
| VICTORIA THOMAS, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:23-cv-01096-JPH-KMB |
| APRIA HEALTHCARE, LLC, | ) ) ) | |
| Defendant. | ) | |

1

| | | |
|---|---|---|
| ─────────────────────────────────────── | | |
| SUZANNE CUYLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-01042-JPH-KMB |
| | ) | |
| APRIA HEALTHCARE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| ─────────────────────────────────────── | | |
| LEONARDO DEPINTO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-01056-JPH-KMB |
| | ) | |
| APRIA HEALTHCARE LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| ─────────────────────────────────────── | | |
| ROBERT N. HERRERA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-01031-JPH-KMB |
| | ) | |
| APRIA HEALTHCARE LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| ─────────────────────────────────────── | | |
| PAUL KRAMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-01066-JPH-KMB |
| | ) | |
| APRIA HEALTHCARE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| ─────────────────────────────────────── | | |
| HEATH PATRICK HUMPHRIES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-01147-JPH-KMB |

2

| | |
|---|---|
| APRIA HEALTHCARE, LLC, )<br>)<br>Defendant. ) | |
| ANTHONY BOYD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>APRIA HEALTHCARE LLC, )<br>)<br>Defendant. ) | No. 1:23-cv-01085-JPH-KMB |
| CHRISTINE CURRY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>APRIA HEALTHCARE, LLC, )<br>)<br>Defendant. ) | No. 1:23-cv-01153-JPH-KMB |
| B.B., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>APRIA HEALTHCARE GROUP, LLC, )<br>)<br>Defendant. ) | No. 1:23-cv-01187-JPH-KMB |
| ILYA RABINOVICH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>APRIA HEALTHCARE, LLC, )<br>)<br>Defendant. ) | No. 1:23-cv-01205-JPH-KMB |

3

| | |
|---|---|
| DEBBIE BOBBITT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-01166-JPH-KMB |
| | ) |
| APRIA HEALTHCARE LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Court accepts Magistrate Judge Barr's recommendation, dkt. [44] to procedurally close the following cases after consolidation:

1:23-cv-01072-JPH-KMB
1:23-cv-01074-JPH-KMB
1:23-cv-01096-JPH-KMB
1:23-cv-01042-JPH-KMB
1:23-cv-01056-JPH-KMB
1:23-cv-01031-JPH-KMB
1:23-cv-01066-JPH-KMB
1:23-cv-01147-JPH-KMB
1:23-cv-01085-JPH-KMB
1:23-cv-01153-JPH-KMB
1:23-cv-01187-JPH-KMB
1:23-cv-01205-JPH-KMB
1:23-cv-01166-JPH-KMB

Thus, the **Clerk is directed to procedurally close these cases**. All deadlines and hearing settings are vacated, and all pending motions in this matter are terminated without prejudice.

**SO ORDERED.**

Date: 9/25/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel.